IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INTERNET PIPELINE, INC. | : | CIVIL ACTION |
| v. | : | |
| APLIFI, INC. | : | NO. 10-6089 |

ORDER

AND NOW, this 29th day of September, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of plaintiff and cross-claim defendant Internet Pipeline, Inc. to dismiss all claims and counterclaims for lack of subject matter jurisdiction under Rules 12(h)(3) and 41(a)(2) of the Federal Rules of Civil Procedure is GRANTED.  The claims of Internet Pipeline, Inc. are dismissed with prejudice, and the counterclaims of Aplifi, Inc. are dismissed without prejudice.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.