```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| INTERNET PIPELINE, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APLIFI, INC. | : | NO. 10-6089 |

ORDER

      AND NOW, this 6th day of December, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

      (1) the motion of the plaintiff Internet Pipeline, Inc. to strike as out of time Aplifi, Inc.'s motion for a finding that this patent infringement action was an exceptional case under 35 U.S.C. § 285 and that the defendant Aplifi, Inc. as the prevailing party is therefore entitled to attorney fees (Doc. #49) is GRANTED; and

      (2) the motion of defendant Aplifi, Inc. for a finding that this patent infringement action was an exceptional case under 35 U.S.C. § 285 and that it as the prevailing party is therefore entitled to attorney fees (Doc. #48) is DISMISSED.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                                 J.